

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00452-CV

## IN THE INTEREST OF M.G., M.G., AND K.G., CHILDREN,
###### Appellant

#### From the 272nd District Court
#### Brazos County, Texas
#### Trial Court No. 001802-CV-272

## ABATEMENT ORDER

The appellant's brief is overdue in this appeal.  The Clerk of the Court's February 28, 2014 letter to appellant's counsel states:

> Our records indicate that the appellant's brief was due to be filed in this Court on or before February 18, 2014.  To date, no brief has been filed. The Court directs that you prepare and file a brief in this Court within 14 days after the date of this letter.

> Unless a brief or satisfactory response is received within 14 days, the Court will abate this cause to the trial court for a hearing to determine why a brief has not been filed on appellant's behalf and to assure that appellant is receiving effective assistance of counsel.  *See In re T.V.*, 8 S.W.3d 448, 449-50 (Tex. App.—Waco 1999, order).

Because appellant's brief was not filed within 14 days, we abate this appeal to the trial court to conduct a hearing within 14 days to determine why a brief has not been

filed on appellant's behalf and to assure that appellant is receiving effective assistance of counsel.

The supplemental clerk's and reporter's records, if any, are ordered to be filed within 21 days of the date of this Order.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Order issued and filed March 27, 2014
Do not publish